UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  99-855-CR-UNGARO/SIMONTON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**EDUARDO REYES,**

    Defendant.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

This matter arose upon the Order of Reference to Magistrate Judge for Revocation hearing entered by the Honorable Ursula Ungaro, United States District Judge (DE # 109).

A Petition for Warrant or Summons for Offender Under Supervision has been filed by the U.S. Probation Officer who is supervising defendant Eduardo Reyes.  The Petition alleges the following violations:

1. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance.  On July 9, July 14, July 18, and July 21, 2008, respectively, the defendant submitted urine specimens which tested positive for the presence of marijuana in our local laboratory and subsequently confirmed positive by Kroll Laboratory Specialists, Inc.

2. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance.  On July 14, 2008, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory and subsequently confirmed positive by Kroll Laboratory Specialists, Inc.

A telephonic status and scheduling conference was held on September 15, 2008, at which time counsel for Defendant Eduardo Reyes advised the Court that his client

intended to admit the violations.[1]  He requested two weeks within which to file a written

Statement of Admission signed by Mr. Reyes.  Therefore, it is hereby

**ORDERED** that on or before Monday, September 29, 2008, the defendant shall

either file a signed statement which unequivocally admits both of the above alleged

violations, or file a request to set an evidentiary hearing.

**DONE AND ORDERED** in chambers in Miami, Florida, on September 15, 2008.

_Andrea M. Simonton_
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Ursula Ungaro,
     United States District Judge
All counsel of record via CM/ECF

---

[1]  Hector Flores, Esq., appeared telephonically on behalf of the defendant.  Mr. Flores, then employed by the Public Defender's Office, represented the defendant at his initial appearance on August 26, 2008, at which time the Office of the Federal Public Defender was appointed to represent the defendant (DE # 107).  Mr. Flores has since left the Federal Public Defender's Office, but continues to represent the defendant.  If Mr. Flores seeks compensation for this representation under the Criminal Justice Act, the undersigned notes that he will need to file a motion to be substituted as court-appointed counsel.  If the Office of the Public Defender intends to represent the defendant, the assigned attorney will need to file a Notice of Appearance.